# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 5D2024-1325
LT Case No. 2023-CF-004011-A

—————————————————

TRACORIS LEVON STRICKLAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

October 8, 2024

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA 2024); *Parks v. State*, 371 So. 3d 392, 393-94 (Fla. 1st DCA 2023) (holding that a cost imposed under section 938.27(8), Florida Statutes, is mandatory and recognizing conflict with *D.L.J. v. State*, 331 So. 3d 227 (Fla. 2d DCA 2021)) reh'g denied (Sept. 27,

2023), review granted, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

EDWARDS, C.J., and SOUD and KILBANE, JJ., concur.

----

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

----